UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY NOLAND,<br><br>        Defendant. | Case No. CR02-0063-MJP-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on June 4, 2007. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by Mr. James Vonasch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Distribute and Distribution of Cocaine Base. On or about September 27, 2002, defendant was sentenced by the Honorable Marsha J. Pechman to a term of sixty (60) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse treatment participation, consent to search and seizure, and financial disclosure.

In a Petition for Warrant or Summons, dated September 21, 2006, U.S. Probation Officer Brian Rogers asserted the following violations by defendant of the conditions of his

supervised release:

(1) Using cocaine on or about September 7, 2006, in violation of standard condition number 7, and the mandatory condition that he refrain from any unlawful use of a controlled substance.

(2) Failing to report to the probation officer on September 11, 2006, at 9:00 a.m., in violation of standard condition number 2, that he report to the probation officer as directed.

(3) Failing to notify the probation office that he quit his job at Pioneer Industries on September 11, 2006, in violation of standard condition number 6, that he notify the probation officer at least 10 days prior to a change in employment.

(4) Moving from 1727 Belmont Avenue, Apt. 17B, Seattle, Washington, on or about September 13, 2006, in violation of standard condition number 6, that he notify the probation officer at least 10 days before a change in residence.

(5) Failing to submit a urine sample as directed on September 18, 2006, in violation of special condition number 3, that he submit to testing as directed by the probation office.

On May 17, 2007, U.S. Probation Officer Brian Rogers submitted a Supplemental Violation report to incorporate the following violations number 6 and number 7, with the previously reported violations of September 21, 2006:

(6) Committing the Crime of Delivery of an Illegal Substance for Value, in violation of Lummi Code of Laws, Section 5.09A.110(b) (2004) on November 14, 2006, in violation of the general condition that defendant not commit another federal, state, or local crime.

(7) Possessing oxycodone on November 14, 2006, in violation of the general condition that he not illegally possess a controlled substance.

The defendant was advised of his rights, which he acknowledged, and admitted to

violations number (1) through (7).

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations number (1) through (7), and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation will be set at a time to be determined before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been detained.

DATED this 5th day of June, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:           Honorable Marsha J. Pechman
      AUSA:                     Ms. Susan Roe
      Defendant's attorney:     Mr. James Vonasch
      Probation officer:        Mr. Brian Rogers