# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY NOLAND,<br><br>Defendant. | CASE NO. CR02-63-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a revocation of supervised released evidentiary hearing in this case on October 10, 2007. The United States was represented by Susan Roe. The defendant was represented by James Vonasch.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute and Distribution of Cocaine Base on or about September 27, 2002. The Honorable Marsha J. Pechman of this court sentenced Defendant to 60 Months of confinement, followed by 5 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

### DEFENDANT'S ADMISSION

U.S. Probation Officer Brian Rogers alleged that Defendant violated the conditions of supervised release in one respect:

(1) Using cocaine on or about August 14, 2007, in violation of standard condition number 7, and the mandatory condition that he refrain from any unlawful use of a controlled substance.

I advised the defendant of the charge and of his constitutional rights and the defendant admitted the violation.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged in violation number one and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 10th day of October, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         :  Hon. Marsha J. Pechman
     Assistant U.S. Attorney  :  Susan Roe
     Defense Attorney         :  James Vonasch
     U. S. Probation Officer  :  Brian Rogers

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-